# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Percy Allen Williams, Jr.,

    Petitioner,                          JUDGMENT IN A CIVIL CASE

vs.                                             3:09cv6

Robert Jones,

    Respondent.

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/13/2009 Order.

                                                        Signed: January 13, 2009

                                                     Frank G. Johns, Clerk
                                                     United States District Court